IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Ortiz, Josue A | Case Number: 05 B 01170 |
| Ortiz, Elsa I | Judge: Goldgar, A. Benjamin |
| Printed: 11/25/08 | Filed: 1/14/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: May 9, 2008
Confirmed: March 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 10,772.00 | |
| Secured: | | 3,729.15 |
| Unsecured: | | 4,506.32 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 528.53 |
| Other Funds: | | 8.00 |
| Totals: | 10,772.00 | 10,772.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Schottler & Zukosky | Administrative | 2,000.00 | 2,000.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 3,729.15 | 3,729.15 |
| 4. | Joyful Dental Care | Unsecured | 287.01 | 459.76 |
| 5. | National Capital Management | Unsecured | 2,526.14 | 4,046.56 |
| 6. | Schottler & Zukosky | Priority | | No Claim Filed |
| 7. | Capital Management | Unsecured | | No Claim Filed |
| 8. | Cingular Wireless | Unsecured | | No Claim Filed |
| 9. | Freedman Anselmo Lindberg | Unsecured | | No Claim Filed |
| 10. | Illinois Student Assistance Commission | Unsecured | | No Claim Filed |
| 11. | AMCA | Unsecured | | No Claim Filed |
| 12. | GS Services | Unsecured | | No Claim Filed |
| 13. | ATG Credit LLC | Unsecured | | No Claim Filed |
| 14. | Medical Recovery Specialists | Unsecured | | No Claim Filed |
| 15. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 16. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 17. | Northwestern Memorial Physicians Group | Unsecured | | No Claim Filed |
| 18. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 19. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 20. | Pediatric | Unsecured | | No Claim Filed |
| 21. | PFF Emergency Services | Unsecured | | No Claim Filed |
| 22. | RPM Inc | Unsecured | | No Claim Filed |
| 23. | Revenue Production Mgmt | Unsecured | | No Claim Filed |
| 24. | Pediatric | Unsecured | | No Claim Filed |
| 25. | Troy Q Smith $ Associates | Unsecured | | No Claim Filed |
| | | | $ 8,542.30 | $ 10,235.47 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Ortiz, Josue A
Ortiz, Elsa I
Printed: 11/25/08

Case Number: 05 B 01170
Judge: Goldgar, A. Benjamin
Filed: 1/14/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4% | 55.83 |
| 3% | 26.92 |
| 5.5% | 147.98 |
| 5% | 44.85 |
| 4.8% | 86.13 |
| 5.4% | 166.82 |
|  | $ 528.53 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

